UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> DAMON WOODY, <br><br> Defendant. | No. 17 Cr. 764 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Damon Woody's letter requesting release to home confinement.  (See dkt. no. 80.)  The Government shall respond to Mr. Woody's request no later than May 22, 2020.  A copy of this order shall be mailed to Mr. Woody.

**SO ORDERED.**

Dated:    New York, New York
          May 15, 2020

_____
          LORETTA A. PRESKA
          Senior United States District Judge

1